■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO SUVILL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Alfano, J.), rendered December 15, 1982, convicting him of robbery in the second degree, upon a jury verdict, after a trial *in absentia,* and imposing sentence.

Judgment affirmed.

Defendant absconded during a luncheon recess in the midst of jury selection and was subsequently tried *in absentia.* Defendant's claim that he was thereby deprived of his right to be present at his trial is without merit, for defendant forfeited

that right by his own voluntary actions (*People v Fraser,* 65 NY2d 436; *People v Porter,* 113 AD2d 814).

We have considered defendant's other contentions and find that they do not warrant a reversal of his conviction. Lazer, J. P., Gibbons, Thompson and Niehoff, JJ., concur.